JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN KENNEDY-WOLFE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAPITAL ONE BANK,<br><br>　　　　　　　Defendant. | Case No.  EDCV 14-599-GW(AJWx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

　　　Based upon the Voluntary Dismissal filed on July 3, 2014 [13], it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety.


　　　IT IS SO ORDERED.


Dated: July 10, 2014　　　　　　　BY THE COURT

　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　HONORABLE GEORGE H. WU
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE